**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Genesis Title Holding Corporation** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  GenesisTitle Holding Co.** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-3357111** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**9842 W. 13th Street**<br>**Garden Grove, CA 92844**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>**1419 21st Street**<br>**Sacramento, CA 95811**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1419 21st Street Sacramento, CA 95811**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership<br><br>☐ Other. Specify: _____ |

Debtor    **Genesis Title Holding Corporation**                                              Case number (*if known*)
_____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
     See http://www.naics.com/search/.
     _____

**8.    Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **California Hispanic Commission on Alcohol and Drug Abuse** | Relationship to you | **Primary Tenant/Common Mgmt.** |
|---|---|---|---|---|
| | District | **Central** | When **2/02/16** | Case number, if known **8:16-bk-10434-SC** |

Debtor    **Genesis Title Holding Corporation**

Name

Case number (*if known*)

| Debtor | **Genesis Title Holding Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Genesis Title Holding Corporation** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 16, 2016**
MM / DD / YYYY

X **/s/ James Z. Hernandez**                    **James Z. Hernandez**
Signature of authorized representative of debtor        Printed name

Title    **Executive Director/ CFO**

**18. Signature of attorney**

X **/s/ Bert Briones**                    Date **February 16, 2016**
Signature of attorney for debtor                MM / DD / YYYY

**Bert Briones**
Printed name

**Red Hill Law Group**
Firm name

**38 Corporate Park**
**Suite 31**
**Irvine, CA 92606**
Number, Street, City, State & ZIP Code

Contact phone    **714-733-4455**        Email address    **bb@redhilllawgroup.com**

**237594**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Genesis Title Holding Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 16, 2016**          X **/s/ James Z. Hernandez**
                                              Signature of individual signing on behalf of debtor

                                              **James Z. Hernandez**
                                              Printed name

                                              **Executive Director/ CFO**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Z. Hernandez** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

|  | | Unsecured claim |
|---|---|---|

**1**

2309 Daly Street
631 S. Olive Street, Ste. 660
Los Angeles, CA 90014

**What is the nature of the claim?**    Rent Late Fees/Taxes/Insurance on Eastlake property    $ 36,931.76

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

**2**

**Colonnade-Nobbs, LLC**
c/o Sperry Van Ness
PO Box 16224
Altamonte Springs, FL 32716

**What is the nature of the claim?**    Rent    $ **13,436.28**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Genesis Title Holding Corporation**    Case number *(if known)* _____

_____
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**3**

**DMJ Design**
**14546 Weddington St**
**Van Nuys, CA 91411**

What is the nature of the claim?    **Architectual Services**    $ **$2,851.49**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

_____
Contact

_____
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**4**

**James Hernandez**
**8 Capri Court**
**Sacramento, CA 95831**

What is the nature of the claim?    **Rent**    $ **$31,089.30**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

_____
Contact

_____
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**5**

**Lawrence Mackel**
**91 Annandale Rd**
**Pasadena, CA 91107**

What is the nature of the claim?    **Rent**    $ **$16,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

_____
Contact

_____
Contact phone

Value of security:    - $ _____
Unsecured claim    $ _____

---

**6**

**Lily Bracco**
**216 Gainsborough Cr.**
**Folsom, CA 95630**

What is the nature of the claim?    **Rent**    $ **$25,794.68**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Genesis Title Holding Corporation**    Case number *(if known)* _____

_____

**Does the creditor have a lien on your property?**

■ No

□ Yes. Total claim (secured and unsecured)    $ _____

Contact    Value of security:    - $ _____

Contact phone    Unsecured claim    $ _____

---

**7**    **Long Term-Care Properties, Inc.**    **What is the nature of the claim?**    **Rent**    $ **$490,736.92**
7 Corporate Plaza
Newport Beach, CA 92660    **As of the date you file, the claim is:** Check all that apply
□ Contingent
□ Unliquidated
□ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No

□ Yes. Total claim (secured and unsecured)    $ _____

Contact    Value of security:    - $ _____

Contact phone    Unsecured claim    $ _____

---

**8**    **What is the nature of the claim?**    **Property taxes on: Latinos, Latinas, Bev CASC, Aguila, Mujeres, and Paloma**    $ **$15,425.73**

**Los Angeles County Tax Collector**
225 North Hill Street
Los Angeles, CA 90012    **As of the date you file, the claim is:** Check all that apply
□ Contingent
□ Unliquidated
□ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No

□ Yes. Total claim (secured and unsecured)    $ _____

Contact    Value of security:    - $ _____

Contact phone    Unsecured claim    $ _____

---

**9**    **Mei Chen**    **What is the nature of the claim?**    **Rent**    $ **$4,996.00**
3708 Avalon Blvd
Los Angeles, CA 90011    **As of the date you file, the claim is:** Check all that apply
□ Contingent
□ Unliquidated
□ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No

□ Yes. Total claim (secured and unsecured)    $ _____

Contact    Value of security:    - $ _____

Contact phone    Unsecured claim    $ _____

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Genesis Title Holding Corporation**      Case number *(if known)* _____

---

**10**

**Morningside Partnership**
**c/o Davis E. Weiss**
**14408 E. Whittier Blvd. Ste B-7**
**Whittier, CA 90605**

What is the nature of the claim?    **Rent**    $ **$16,480.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____
     Unsecured claim   $ _____

_____
Contact
_____
Contact phone

---

**11**

**OC Tax Treasurer**
**PO Box 1438**
**Santa Ana, CA 92702-1438**

What is the nature of the claim?    **Property taxes on Unidos-Garden Grove**    $ **$27,851.61**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____
     Unsecured claim   $ _____

_____
Contact
_____
Contact phone

---

**12**

**Pinnacle Credit Services**
**7900 Highway 7 #100**
**Minneapolis, MN 55426**

What is the nature of the claim?    **Alarm System-Unidos**    $ **$19,911.43**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
     Value of security:   - $ _____
     Unsecured claim   $ _____

_____
Contact
_____
Contact phone

---

**13**

**Republic Services**
**1131 N. Blue Gum Street**
**Anaheim, CA 92806**

What is the nature of the claim?    **Utility**    $ **$1,043.22**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Genesis Title Holding Corporation** | Case number *(if known)* | |
|---|---|---|---|

| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
|---|---|---|
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

| **14** | | What is the nature of the claim? | **Rent** | $ **12,900.00** |
|---|---|---|---|---|

**Thomas Keiser
203 Carlton Ave
Pasadena, CA 91103**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

| Contact | ☐ Yes. Total claim (secured and unsecured) | $ |
|---|---|---|
| | Value of security: | - $ |
| Contact phone | Unsecured claim | $ |

| **Part 2:** | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ James Z. Hernandez**                              X
   **James Z. Hernandez**                                     Signature of Debtor 2
   Signature of Debtor 1

Date  **February 16, 2016**                                 Date

B 104 (Official Form 104)                    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                    Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**8:16-bk-10434-SC**
**In re: California Hispanic Commission on Alcohol and Drug Abuse**
**Filed 2/2/2016**
**Chapter 11**
**The Honorable Scott C. Clarkson**
**Central District - Santa Ana Division case pending**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Irvine** , California.

Date: **February 16, 2016**

/s/ James Z. Hernandez

**James Z. Hernandez**
Signature of Debtor

Signature of Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name **Genesis Title Holding Corporation**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                             12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **2309 Daly Street 631 S. Olive Street, Ste. 660 Los Angeles, CA 90014** | | **Rent Late Fees/Taxes/Insurance on Eastlake property** | | | | $36,931.76 |
| **Colonnade-Nobbs, LLC c/o Sperry Van Ness PO Box 16224 Altamonte Springs, FL 32716** | | **Rent** | | | | $13,436.28 |
| **DMJ Design 14546 Weddington St Van Nuys, CA 91411** | | **Architectual Services** | | | | $2,851.49 |
| **James Hernandez 8 Capri Court Sacramento, CA 95831** | | **Rent** | | | | $31,089.30 |
| **Lawrence Mackel 91 Annandale Rd Pasadena, CA 91107** | | **Rent** | | | | $16,000.00 |
| **Lily Bracco 216 Gainsborough Cr. Folsom, CA 95630** | | **Rent** | | | | $25,794.68 |
| **Long Term-Care Properties, Inc. 7 Corporate Plaza Newport Beach, CA 92660** | | **Rent** | | | | $490,736.92 |
| **Los Angeles County Tax Collector 225 North Hill Street Los Angeles, CA 90012** | | **Property taxes on: Latinos, Latinas, Bev CASC, Aguila, Mujeres, and Paloma** | | | | $15,425.73 |

Debtor    **Genesis Title Holding Corporation**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Mei Chen**<br>**3708 Avalon Blvd**<br>**Los Angeles, CA**<br>**90011** | | **Rent** | | | | **$4,996.00** |
| **Morningside Partnership**<br>**c/o Davis E. Weiss**<br>**14408 E. Whittier**<br>**Blvd. Ste B-7**<br>**Whittier, CA 90605** | | **Rent** | | | | **$16,480.00** |
| **OC Tax Treasurer**<br>**PO Box 1438**<br>**Santa Ana, CA**<br>**92702-1438** | | **Property taxes on Unidos-Garden Grove** | | | | **$27,851.61** |
| **Pinnacle Credit Services**<br>**7900 Highway 7 #100**<br>**Minneapolis, MN 55426** | | **Alarm System-Unidos** | | | | **$19,911.43** |
| **Republic Services**<br>**1131 N. Blue Gum Street**<br>**Anaheim, CA 92806** | | **Utility** | | | | **$1,043.22** |
| **Thomas Keiser**<br>**203 Carlton Ave**<br>**Pasadena, CA 91103** | | **Rent** | | | | **$12,900.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Genesis Title Holding Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                    12/15

**Part 1:    Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $ ____1,057,306.39

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $ ____1,057,306.39

**Part 2:    Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................................    $ _____0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................................    $ ____43,277.34

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*..............................................    +$ ____672,171.08

4.    **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b    $ ____715,448.42

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Genesis Title Holding Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$300.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1..  **Wells Fargo Checking account # XXXX** | **Checking** | | **$11,130.57** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$11,430.57** |
|---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Genesis Title Holding Corporation**_____    Case number *(if known)*_____
Name

| 11a. 90 days old or less: | 1,039,875.82 | - | 0.00 | = .... | $1,039,875.82 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $1,039,875.82 |
|---|---|

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1..  **12 seat van  AMENDMENT FORTHCOMING** | $0.00 | | $3,000.00 |
| 47.2..  **12 seat van  AMENDMENT FORTHCOMING** | $0.00 | | $3,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Genesis Title Holding Corporation**
Name

Case number *(If known)* _____

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

51.  **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$6,000.00** |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Genesis Title Holding Corporation**                          Case number *(If known)* _____
           Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,430.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,039,875.82 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,057,306.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,057,306.39 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Genesis Title Holding Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Genesis Title Holding Corporation**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Los Angeles County Tax Collector**<br>**225 North Hill Street**<br>**Los Angeles, CA 90012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,425.73 | $15,425.73 |
| Date or dates debt was incurred<br>**12/01/15** | Basis for the claim:<br>**Property taxes on: Latinos, Latinas, Bev CASC,<br>Aguila, Mujeres, and Paloma** | | |
| Last 4 digits of account<br>number<br>**Specify Code subsection of PRIORITY<br>unsecured claim:**<br>11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**OC Tax Treasurer**<br>**PO Box 1438**<br>**Santa Ana, CA 92702-1438** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,851.61 | $27,851.61 |
| Date or dates debt was incurred | Basis for the claim:<br>**Property taxes on Unidos-Garden Grove** | | |
| Last 4 digits of account<br>number<br>**Specify Code subsection of PRIORITY<br>unsecured claim:**<br>11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Genesis Title Holding Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,931.76 |
|---|---|---|---|
| | **2309 Daly Street** | Check all that apply. | |
| | **631 S. Olive Street, Ste. 660** | ☐ Contingent | |
| | **Los Angeles, CA 90014** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |
| | | **Rent Late Fees/Taxes/Insurance on Eastlake property** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,436.28 |
|---|---|---|---|
| | **Colonnade-Nobbs, LLC** | Check all that apply. | |
| | **c/o Sperry Van Ness** | ☐ Contingent | |
| | **PO Box 16224** | ☐ Unliquidated | |
| | **Altamonte Springs, FL 32716** | ☐ Disputed | |
| | | Basis for the claim: | |
| | | **Rent** | |
| | Date or dates debt was incurred **2/1/16** | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,851.49 |
|---|---|---|---|
| | **DMJ Design** | Check all that apply. | |
| | **14546 Weddington St** | ☐ Contingent | |
| | **Van Nuys, CA 91411** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |
| | | **Architectual Services** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,089.30 |
|---|---|---|---|
| | **James Hernandez** | Check all that apply. | |
| | **8 Capri Court** | ☐ Contingent | |
| | **Sacramento, CA 95831** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |
| | | **Rent** | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number **MRH1** | ☐ Yes | |

| Debtor | **Genesis Title Holding Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16,000.00** |
|---|---|---|---|

**Lawrence Mackel**
**91 Annandale Rd**
**Pasadena, CA 91107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Rent**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,794.68** |
|---|---|---|---|

**Lily Bracco**
**216 Gainsborough Cr.**
**Folsom, CA 95630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Rent**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number     **16LB**     ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$490,736.92** |
|---|---|---|---|

**Long Term-Care Properties, Inc.**
**7 Corporate Plaza**
**Newport Beach, CA 92660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Rent**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,996.00** |
|---|---|---|---|

**Mei Chen**
**3708 Avalon Blvd**
**Los Angeles, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Rent**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number     **16CH**     ☐ Yes

---

| Debtor | **Genesis Title Holding Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16,480.00** |
|---|---|---|---|

**Morningside Partnership**
**c/o Davis E. Weiss**
**14408 E. Whittier Blvd. Ste B-7**
**Whittier, CA 90605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Rent**

Date or dates debt was incurred **2/1/16**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,911.43** |
|---|---|---|---|

**Pinnacle Credit Services**
**7900 Highway 7 #100**
**Minneapolis, MN 55426**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Alarm System-Unidos**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number **2047**

☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,043.22** |
|---|---|---|---|

**Republic Services**
**1131 N. Blue Gum Street**
**Anaheim, CA 92806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Utility**

Date or dates debt was incurred **2/9/16**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,900.00** |
|---|---|---|---|

**Thomas Keiser**
**203 Carlton Ave**
**Pasadena, CA 91103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Rent**

Date or dates debt was incurred **2/1/16**

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number **16TK**

☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Genesis Title Holding Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 4.1 | **JAMS**<br>**Attn: Carolina Ibarra**<br>**500 N. State College Blvd.**<br>**Suite 1400**<br>**Orange, CA 92868** | Line | **3.7** |
| | | ☐ | Not listed. Explain |

| 4.2 | **Steven R. Morasse, Esq.**<br>**Morasse Collins & Clark, APC**<br>**1401 Dove Street, Suite 310**<br>**Newport Beach, CA 92660** | Line | **3.7** |
| | | ☐ | Not listed. Explain |

---

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 43,277.34 |
| 5b. Total claims from Part 2 | 5b. + | $ | 672,171.08 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 715,448.42 |

**Fill in this information to identify the case:**

Debtor name  **Genesis Title Holding Corporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **524 N. Ave 54, Los Angeles CA 90042**<br>**Contract to be Assumed**<br>**5 Payment(s)** |
| | **CHCADA**<br>**1419 21st Street**<br>**Sacramento, CA 95811** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **327 N. St. Louis, Los Angeles, CA 90033**<br>**Contract to be Assumed**<br>**5 Payment(s)** |
| | **CHCADA**<br>**1419 21st Street**<br>**Sacramento, CA 95811** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **328 N. Ave 59, Los Angeles, CA 90042**<br>**Contract to be Assumed**<br>**5 Payment(s)** |
| | **CHCADA**<br>**1419 21st Street**<br>**Sacramento, CA 95811** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **328 Washington Blvd. Pico Rivera, CA 90660**<br>**Contract to be Assumed** |
| | **CHCADA**<br>**1419 21st Street**<br>**Sacramento, CA 95811** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1    **Genesis Title Holding Corporation**                                    Case number (*if known*) _____

   First Name           Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **2309 Daly St. Los Angeles CA 90031 Contract to be Assumed**<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **CHCADA**<br>**1419 21st Street**<br>**Sacramento, CA 95811** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **2436 Wabash Ave. Los Angeles CA 90033 Contract to be Assumed**<br>State the term remaining **5 Payment(s)**<br><br>List the contract number of any government contract _____ | **CHCADA**<br>**1419 21st Street**<br>**Sacramento, CA 95811** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **530 N. 54th St. Los Angeles, CA 90042 Contract to be Assumed**<br>State the term remaining **5 Payment(s)**<br><br>List the contract number of any government contract _____ | **CHCADA**<br>**1419 21st Street**<br>**Sacramento, CA 95811** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **832 S. Anaheim Blvd. Anaheim CA 92801 Contract to be Assumed**<br>State the term remaining **5 Payment(s)**<br><br>List the contract number of any government contract _____ | **CHCADA**<br>**1419 21st Street**<br>**Sacramento, CA 95811** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **3316-3320 Beverly Blvd., Montebello CA 90640 Contract to be Assumed**<br>State the term remaining **17 Payment(s)**<br><br>List the contract number of any government contract _____ | **CHCADA**<br>**1419 21st Street**<br>**Sacramento, CA 95811** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest **1012 North Blvd. #140 Santa Fe Springs, CA 90670 Contract to be Assumed**<br>State the term remaining **22 Payment(s)**<br><br>List the contract number of | **CHCADA**<br>**1419 21st Street**<br>**Sacramento, CA 95811** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Genesis Title Holding Corporation**                                    Case number (*if known*) _____

First Name           Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

any government contract  _____

| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **11046 Valley Mall, El Monte CA 91731 Contract to be Assumed** | |
| | State the term remaining | **22 Payment(s)** | |
| | List the contract number of any government contract | _____ | **CHCADA 1419 21st Street Sacramento, CA 95811** |

| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **9824 W. 13th St. Garden Grove, CA 92844 Contract to be Rejected** | |
| | State the term remaining | **Payment(s)** | |
| | List the contract number of any government contract | _____ | **CHCADA 1419 21st Street Sacramento, CA 95811** |

| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **5424 W. Wisteria Pl. Santa Ana, CA 92704 Contract to be Assumed** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **CHCADA 1419 21st Street Sacramento, CA 95811** |

| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **3544 Beverly Blvd., Montebello CA 90640 Contract to be Assumed** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **CHCADA 1419 21st Street Sacramento, CA 95811** |

| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **5831 and 5833 Beverly Blvd., Los Angeles CA 90022 Contract to be Assumed** | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **CHCADA 1419 21st Street Sacramento, CA 95811** |

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **10012 Norwalk Blvd., #140, Santa Fe Springs, CA 90670** | **Colonnade-Nobbs, LLC SYN Management, Inc. 18881 Von Karman #800 Irvine, CA 92612** |

Debtor 1  **Genesis Title Holding Corporation**                    Case number (*if known*) _____

First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **2309 Daly St. Los Angeles CA 90031 Contract to be Assumed** | |
|---|---|---|---|
| | State the term remaining | **36 Payments** | **Daum Commercial Real Estate Service** |
| | List the contract number of any government contract _____ | | **2309 Daly St.** **Los Angeles, CA 90031** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **3316-3320 Beverly Blvd., Montebello CA 90640 Contract to be Assumed** | |
|---|---|---|---|
| | State the term remaining | | **David Weiss** |
| | List the contract number of any government contract _____ | | **14408 E. Whittier Blvd #B-7** **Whittier, CA 90605** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **2436 Wabash Ave. Los Angeles CA 90033 Contract to be Assumed** | |
|---|---|---|---|
| | State the term remaining | **5 Payment(s)** | **James Hernandez** |
| | List the contract number of any government contract _____ | | **8 Capri Court** **Sacramento, CA 95831** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **530 N. 54th St. Los Angeles, CA 90042 Contract to be Assumed** | |
|---|---|---|---|
| | State the term remaining | **5 Payment(s)** | **James Hernandez** |
| | List the contract number of any government contract _____ | | **8 Capri Court** **Sacramento, CA 95831** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **832 S. Anaheim Blvd. Anaheim CA 92801 Contract to be Assumed** | |
|---|---|---|---|
| | State the term remaining | **5 Payment(s)** | **James Hernandez** |
| | List the contract number of any government contract _____ | | **8 Capri Court** **Sacramento, CA 95831** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Genesis Title Holding Corporation**                    Case number (*if known*) _____

　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.2 2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **3544 Beverly Blvd., Montebello CA 90640 Contract to be Assumed 5 Payment(s)** |
| | **James Hernandez 8 Capri Court Sacramento, CA 95831** |
| 2.2 3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **5831 and 5833 Beverly Blvd., Los Angeles CA 90022 Contract to be Assumed** |
| | **James Hernandez 8 Capri Court Sacramento, CA 95831** |
| 2.2 4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **9033 Washington Blvd., Pico Rivera, CA 90660 Contract to be Assumed 50 Payment(s)** |
| | **James Hernandez 8 Capri Court Sacramento, CA 95831** |
| 2.2 5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **524 N. Ave 54, Los Angeles CA 90042 Contract to be Assumed 5 Payment(s)** |
| | **Lily Bracco 216 Gainsborough Cr. Folsom, CA 95630** |
| 2.2 6. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **327 N. Saint Louis, Los Angeles CA 90033 Contract to be Assumed 5 Payment(s)** |
| | **Lily Bracco 216 Gainsborough Cr. Folsom, CA 95630** |
| 2.2 7. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of | **328 N. Ave 59, Los Angeles, CA 90042 Contract to be Assumed 5 Payment(s)** |
| | **Lily Bracco 216 Gainsborough Cr. Folsom, CA 95630** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Genesis Title Holding Corporation** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract _____ | _____ |

| 2.2 8. | State what the contract or lease is for and the nature of the debtor's interest | **5424 W. Wisteria Pl. Santa Ana, CA 92704 Contract to be Assumed** | |
|---|---|---|---|
| | State the term remaining | **9 Payment(s)** | **Linda H. Y. Chen 3708 Avalon Blvd. Los Angeles, CA 90011** |
| | List the contract number of any government contract | _____ | |

| 2.2 9. | State what the contract or lease is for and the nature of the debtor's interest | **9842 W. 13th St. Garden Grove, CA 92844** | |
|---|---|---|---|
| | State the term remaining | **51 Payment(s)** | **Long Term-Care Properties, Inc. 7 Corporate Plaza Newport Beach, CA 92660** |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name      **Genesis Title Holding Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Bert Briones**<br>**38 Corporate Park**<br>**Suite 31**<br>**Irvine, CA 92606**<br>**714-733-4455 Fax: 714-464-4627**<br>California State Bar Number: **237594**<br>**bb@redhilllawgroup.com** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>  **Genesis Title Holding Corporation** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **February 16, 2016** _____     **/s/ James Z. Hernandez** _____
Siganture of Debtor 1

Date: _____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **February 16, 2016** _____     **/s/ Bert Briones** _____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                        **F 1007-1.MAILING.LIST.VERIFICATION**

Genesis Title Holding Corporation
1419 21st Street
Sacramento, CA 95811


Bert Briones
Red Hill Law Group
38 Corporate Park
Suite 31
Irvine, CA 92606


2309 Daly Street
631 S. Olive Street, Ste. 660
Los Angeles, CA 90014


CHCADA
1419 21st Street
Sacramento, CA 95811


Colonnade-Nobbs, LLC
c/o Sperry Van Ness
PO Box 16224
Altamonte Springs, FL 32716




Daum Commercial Real Estate Service
2309 Daly St.
Los Angeles, CA 90031


David Weiss
14408 E. Whittier Blvd #B-7
Whittier, CA 90605

DMJ Design
14546 Weddington St
Van Nuys, CA 91411


James Hernandez
8 Capri Court
Sacramento, CA 95831


JAMS
Attn: Carolina Ibarra
500 N. State College Blvd.
Suite 1400
Orange, CA 92868


Lawrence Mackel
91 Annandale Rd
Pasadena, CA 91107


Lily Bracco
216 Gainsborough Cr.
Folsom, CA 95630


Linda H. Y. Chen
3708 Avalon Blvd.
Los Angeles, CA 90011


Long Term-Care Properties, Inc.
7 Corporate Plaza
Newport Beach, CA 92660


Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Mei Chen
3708 Avalon Blvd
Los Angeles, CA 90011


Morningside Partnership
c/o Davis E. Weiss
14408 E. Whittier Blvd. Ste B-7
Whittier, CA 90605


OC Tax Treasurer
PO Box 1438
Santa Ana, CA 92702-1438


Pinnacle Credit Services
7900 Highway 7 #100
Minneapolis, MN 55426


Republic Services
1131 N. Blue Gum Street
Anaheim, CA 92806


Steven R. Morasse, Esq.
Morasse Collins & Clark, APC
1401 Dove Street, Suite 310
Newport Beach, CA 92660


Thomas Keiser
203 Carlton Ave
Pasadena, CA 91103

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Bert Briones**<br>**38 Corporate Park**<br>**Suite 31**<br>**Irvine, CA 92606**<br>**714-733-4455 Fax: 714-464-4627**<br>California State Bar Number: **237594**<br>**bb@redhilllawgroup.com** | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    **Genesis Title Holding Corporation**<br><br>                                              Debtor(s),<br><br>                                              Plaintiff(s),<br><br><br><br><br><br>                                              Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Bert Briones**                                          , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:
          ☐ I am the president or other officer or an authorized agent of the Debtor corporation
          ☐ I am a party to an adversary proceeding
          ☐ I am a party to a contested matter
          ■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
          *[For additional names, attach an addendum to this form.]*

   b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| February 16, 2016 | By: | /s/ Bert Briones |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |
| | Name: | **Bert Briones** |
| | | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**